

FILED

JUN 1 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:10-MJ-347 DAD |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND [PROPOSED] ORDER |
| | ) | |
| JACINTO JOSE VALDOVINO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order,
pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice
the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the
above referenced case, MAG No 2:10-MJ-347 DAD, against defendant
JACINTO JOSE VALDOVINO.

DATED: 06/12/2012                    BENJAMIN WAGNER
                                     UNITED STATES ATTORNEY


                              By     /s/Michelle Rodriguez
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

1

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )    MAG. NO.  2:10-MJ-347 DAD
                                     )
12                                   )        *DAD*
                  Plaintiff,         )    [PROPOSED] ORDER
13      v.                           )
                                     )
14 JACINTO JOSE VALDOVINO,           )
                                     )
15                                   )
                  Defendant.         )
16 _____  )

17

18                            **ORDER**

19

20      The United States' motion to dismiss without prejudice the

   underlying Unlawful Flight to Avoid Prosecution (UFAP)complaint in
21
   the above referenced case, MAG No 2:10-MJ-347 GGH against defendant
22
   JACINTO JOSE VALDOVINO is GRANTED.
23

24 DATED:    6/12/12

25                                    _Dale A. Drozd_
                                      HON. DALE A DROZD
26                                    U.S. MAGISTRATE JUDGE

27

28

                                  2